SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff;<br><br>     vs.<br><br>Colin Deknikker, et al,<br><br>          Defendant. | Case No. **2:12-cv-01176-WBS-KJN**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

IT IS SO ORDERED THAT the above-entitled action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).

Date: September 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE